IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SALVADOR HERNANDEZ, JR., #1003420, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 3:04-CV-0549-H ECF |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondents. | ) ) ) ) ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this _28_ day of _Nov._, 2005.

_____
UNITED STATES DISTRICT JUDGE